MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Joey Holloway

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00091 DAD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | |
| JOEY HOLLOWAY, | DATE: April 8, 2019 |
| Defendants. | TIME: 10:00 a.m. |
| | JUDGE: Hon. DALE A. DROZD |

**STIPULATION**

COMES NOW, Defendant, Joey Holloway, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on March 25, 2019.

2. By this stipulation, defendants now move to vacate the sentencing and set this matter for sentencing on April 8, 2019 **at 10:00 a.m.** before the Honorable Dale A. Drozd, and to exclude time between the date of this stipulation and April 8, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for Mr. Holloway is currently engaged in trial in the case of *People v. Miguel Aldaco* BF167017C. Trial is anticipated to last until Friday March 29, 2019 but could go into the following week. Due to counsel's current unavailability, a brief continuance is needed in this matter.

b. The government does not object to, and agrees with, the requested continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to April 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 18, 2019

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
JOEY HOLLOWAY

DATED: March 18, 2019

/s/Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney

**O R D E R**

The sentencing hearing currently set for March 25, 2019 is hereby continued to April 8, 2019 at 10:00 a.m. The time period of the date of this order to April 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **March 19, 2019**

_____
UNITED STATES DISTRICT JUDGE